UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. CARROLL, | 1:06-cv-00227 AWI TAG |
| Plaintiff, | ORDER DISQUALIFYING JUDGE AND ORDER REASSIGNING CASE |
| v. | |
| SHERIFF MARK WIMBISH, DISTRICT ATTORNEY EDWARD JAGELS, KERN COUNTY BOARD OF SUPERVISORS, DIANE G. KODITEK, DIRECTOR OF MENTAL HEALTH FOR KERN COUNTY, | |
| Defendants. | |

It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

It is therefore ORDERED that the undersigned HEREBY RECUSES herself as the magistrate judge to whom this case is assigned.

It is FURTHER ORDERED that the Clerk of the Court reassign this case to another magistrate judge for all further proceedings, making appropriate adjustments in the assignments of non-prison related prisoner cases to compensate for such reassignment. All further pleadings filed with this Court shall use the following new case number: **1:06-cv-00227 AWI SMS.**

Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   **March 7, 2006**                             /s/ Theresa A. Goldner
j6eb3d                                                           UNITED STATES MAGISTRATE JUDGE

1