UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. CARROLL,                ) | 1:06-cv-00227-AWI-SMS |
|                                   ) | |
|         Plaintiff,                ) | **NEW CASE NUMBER:** |
|                                   ) | **1:06-CV-00227-AWI-SMS-P** |
|                                   ) | FORMER CASE NUMBER: |
|     v.                            ) | 1:06-CV-00227-AWI-SMS |
|                                   ) | |
| SHERIFF MARK WIMBISH, et al.,     ) | ORDER DIRECTING THE CLERK TO |
|                                   ) | REDESIGNATE THIS ACTION AS A |
|         Defendants.               ) | PRISONER CIVIL RIGHTS CASE BY |
|                                   ) | ADDING A "P" TO THE CASE NUMBER |
|                                   ) | |
|                                     | ORDER DIRECTING THE PARTIES TO |
|                                     | USE THE PRISONER CASE NUMBER |

Plaintiff is a state detainee proceeding pro se who filed a civil rights action pursuant to 42 U.S.C. § 1983 on February 28, 2006. The Clerk of the Court incorrectly designated the action as a regular civil action. Upon further review by the Court, it has been determined that the present action involves a detainee litigating the conditions of his confinement at the Kern County Jail. The case number should have a "P" suffix.

Therefore, the Clerk of the Court IS DIRECTED to change the designation of the present case to reflect that of a prison conditions action by adding a "P" to the case number.

Further, the parties ARE DIRECTED to use the redesignated

1

case number, to which the "P" suffix has been added, in the pleadings and documents filed in this action.

IT IS SO ORDERED.

**Dated:   March 20, 2006**                              **/s/ Sandra M. Snyder**
icido3                                              UNITED STATES MAGISTRATE JUDGE

2