UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. CARROLL,<br><br>           Plaintiff,<br><br>vs.<br><br>SHERIFF MARK WIMBISH, et al.,<br><br>           Defendants.<br>_____/ | 1:06-cv-00227-AWI-SMS-P<br><br>**ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATION** (Doc. 9)<br><br>**ORDER REFERRING ACTION TO MAGISTRATE JUDGE ACTION** |

Ronald J. Carroll ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 20, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within eleven (11) days. On January 3, 2007, Plaintiff filed Objections to the Magistrate Judge's Findings and Recommendation.

1

1  //

2       In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  de novo review of this case.  Having carefully reviewed the
5  entire file, the Court finds dismissal for lack of prosecution
6  not warranted at this time.  Plaintiff states in his objections
7  that he has maintained a correct address with this court, and
8  Plaintiff believes that mail room workers returned the court's
9  orders to the court by mistake.  Because Plaintiff has contacted
10 the court and stated a desire to proceed with this action, the
11 court will not dismiss this action at this time.
12      Accordingly, IT IS HEREBY ORDERED that:
13      1.   The court declines to adopt the Findings and
14 Recommendation, filed December 20, 2006, in light of the
15 objections, and,
16      2.   This action is referred to the Magistrate Judge for
17 further proceedings.

19 IT IS SO ORDERED.

20 **Dated:   March 13, 2007**                **/s/ Anthony W. Ishii**
   0m8i78                                     UNITED STATES DISTRICT JUDGE

2