IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. CARROLL, | 1:06-cv-00227-AWI-SMS-PC |
|     Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
|    vs. | (Doc. 14) |
| WIMBISH, et al., | ORDER DISMISSING ACTION FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO STATE A CLAIM |
|     Defendants. | |
| | ORDER DIRECTING CLERK TO CLOSE CASE |
| _____/ | |

Ronald J. Carroll ("plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 19, 2008, findings and a recommendation were entered, recommending that this action be dismissed based on plaintiff's failure to obey the court's order of August 4, 2008 and for failure to state a claim upon which relief may be granted under § 1983. Plaintiff was provided an opportunity to file objections to the findings and recommendation within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendation.[1]

---

[1] The United States Postal Service returned the findings and recommendation order on September 29, 2008 as undeliverable. A notation on the envelope indicates "no such name" at Plaintiff's address of record used by the Court. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior

1

1         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-
2   305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire
3   file, the court finds the findings and recommendation to be supported by the record and proper
4   analysis.
5         Accordingly, THE COURT HEREBY ORDERS that:
6       1.    The Findings and Recommendation issued by the Magistrate Judge on
7           September 19, 2008, are adopted in full;
8       2.    This action is dismissed in its entirety, based on plaintiff's failure to comply
9           with the court's order of August 4, 2008 and for failure to state a claim upon
10          which relief may be granted under § 1983; and
11      3.    The Clerk of Court is directed to close this case.

13  IT IS SO ORDERED.

14  **Dated:   December 15, 2008**                    **/s/ Anthony W. Ishii**
                                                          CHIEF UNITED STATES DISTRICT JUDGE

---

27  address is fully effective.  Local Rule 83-182(f).